# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO TRIANA HERRERA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY DETENTION FACILITY,<br><br>Respondent. | Case No. 1:26-cv-08424-JLT-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO CORRECT NAME<br><br>(ECF No. 7)<br><br>ORDER RE: AMENDMENT AND CONFIRMING EXISTING BRIEFING SCHEDULE<br><br>ORDER DIRECTING CLERK OF COURT TO CORRECT PETITIONER'S NAME |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 2, 2026, Petitioner filed a motion to correct his name. (ECF No. 7.) Petitioner states that his name is Rolando, not Ronaldo.

Petitioner also has filed a first amended petition ("FAP"). (ECF No. 6.) The Civil Rule governing pleading amendments, Federal Rule of Civil Procedure 15, [is] made applicable to habeas proceedings by § 2242, Federal Rule of Civil Procedure 81(a)(2), and Habeas Corpus Rule 11[.]" Mayle v. Felix, 545 U.S. 644, 655 (2005). Rule 15(a)(1) provides that within twenty-one days after service of a responsive pleading or a motion to dismiss, a "party may amend its pleading once as a matter of course." Fed. R. Civ. P. 15(a)(1). As Respondent has not filed a

responsive pleading or motion to dismiss yet, Petitioner may amend his pleading as a matter of course. Upon review of the FAP, the Court finds that it is nearly identical to the original petition with the exception of the spelling of Petitioner's name. Accordingly, the Court will not adjust the existing briefing schedule, and Respondent's response to the FAP is due November 6, 2026.

Accordingly, the Court HEREBY ORDERS that:

1. Petitioner's motion to correct name (ECF No. 7) is GRANTED; and
2. The Clerk of Court is DIRECTED to correct Petitioner's name to **Rolando** Triana Herrera.

IT IS SO ORDERED.

Dated: **November 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge